**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy           4/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Ruby Tuesday, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **Ruby Tuesdays**<br>**Ruby Tuesday 5538**<br>**Ruby Tuesday 4902**<br>**Ruby Tuesday 5543**<br>**Ruby Tuesday 4170** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **63-0475239** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
| | | **333 East Broadway Ave.**<br>**Maryville, TN 37804**<br><small>Number, Street, City, State & ZIP Code</small> | <small>P.O. Box, Number, Street, City, State & ZIP Code</small> |
| | | **Blount**<br><small>County</small> | **Location of principal assets, if different from principal place of business**<br>**Principal tangible assets are restaurant assets, dispersed at various restaurant locations nationwide**<br><small>Number, Street, City, State & ZIP Code</small> |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **http://www.rubytuesday.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | Ruby Tuesday, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__7225__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. §1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. §1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.**  If this sub-box is selected, attach the most recent balance sheet,  statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. §1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| Debtor | **See attached Rider 1** | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

| Debtor | **Ruby Tuesday, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☑ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Ruby Tuesday, Inc.**                                        Case number (*if known*)
Name

■  **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/07/2020
        MM / DD / YYYY

X _____          **Shawn Lederman**
Signature of authorized representative of debtor      Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**   X _____          Date   10/07/2020
        Signature of attorney for debtor            MM / DD / YYYY

**James E. O'Neill**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 N. Market Street
17th Floor
Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-652-4100**      Email address   **joneill@pszjlaw.com**

**4042 DE**
Bar number and State

# RIDER 1

Pending Bankruptcy Cases Concurrently Filed by this Debtor and Affiliated Debtors:

RTI Holding Company, LLC
Ruby Tuesday, Inc.
Ruby Tuesday, LLC
RTBD, LLC
RT of Carroll County, LLC
RT Denver Franchise, L.P.
RT Detroit Franchise, LLC
RT Distributing, LLC
RT Finance, LLC
RT FL Gift Cards, Inc.
RT Florida Equity, LLC
RT Franchise Acquisition, LLC
RT of Fruitland, Inc.
RT Indianapolis Franchise, LLC
RT Jonesboro Club
RT KCMO Franchise, LLC
RT Kentucky Restaurant Holdings, LLC
RT Las Vegas Franchise, LLC
RT Long Island Franchise, LLC
RT of Maryland, LLC
RT Michiana Franchise, LLC
RT Michigan Franchise, LLC
RT Minneapolis Franchise, LLC
RT Minneapolis Holdings, LLC
RT New England Franchise, LLC
RT New Hampshire Restaurant Holdings, LLC
RT New York Franchise, LLC
RT Omaha Franchise, LLC
RT Omaha Holdings, LLC
RT One Percent Holdings, LLC
RT One Percent Holdings II, LLC
RT Orlando Franchise, LP
RT Restaurant Services, LLC
RT South Florida Franchise, LP
RT Southwest Franchise, LLC
RT St. Louis Franchise, LLC
RT Tampa Franchise, LP
RT Western Missouri Franchise, LLC
RT West Palm Beach Franchise, LP
RTTA, LP
RTT Texas, Inc.
RTTT, LLC
Ruby Tuesday of Allegany County, Inc.
Ruby Tuesday of Bryant, Inc.
Ruby Tuesday of Columbia, Inc.
Ruby Tuesday of Frederick, Inc.
Ruby Tuesday of Linthicum, Inc.
Ruby Tuesday of Marley Station, Inc.
Ruby Tuesday of Pocomoke City, Inc.
Ruby Tuesday of Russellville, Inc.
Ruby Tuesday of Salisbury, Inc.

**WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF
RUBY TUESDAY, INC.
(a Georgia corporation)**

The undersigned, being all the directors of Ruby Tuesday, Inc., a Georgia corporation, do hereby consent to the adoption of the following resolutions:

WHEREAS, the board of directors (the "**Board**") of Ruby Tuesday, Inc., a Georgia corporation (the "**Company**"), acting pursuant to the laws of the State of Georgia, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's business, and the current and long-term liabilities of the Company;

WHEREAS, the Board has, over the last several months, reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial and operational restructuring of the Company; and

WHEREAS, the Board has analyzed each of the financial and strategic alternatives available to it, including those available on a consensual basis with the principal stakeholders of the Company, and the impact of the foregoing on the Company's business and its stakeholders.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware;

RESOLVED, that the officers of the Company (the "**Authorized Officers**") are authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officers deem necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of CR3 Partners, LLC, as the Company's financial advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of CR3 Partners, LLC;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Epiq Corporate Restructuring, LLC ("**Epiq**"), as the Company's claims, noticing, solicitation agent and administrative advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Epiq;

RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to the develop, file and prosecute to confirmation of a chapter 11 plan and related disclosure statement; and

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

*[Signature page follows]*

IN WITNESS WHEREOF, the undersigned has duly executed this Consent as of _____September 16___, 2020.

DIRECTORS:

By: _____
Name: Aziz Hashim

By: _____
Name: Susan Beth

By: _____
Name: Shawn Lederman

By: _____
Name: Craig A. Barbarosh

*SIGNATURE PAGE TO CONSENT OF*
*THE BOARD OF DIRECTORS OF RUBY TUESDAY, INC.*

IN WITNESS WHEREOF, the undersigned has duly executed this Consent as of

_____September 16_____, 2020.


DIRECTORS:


By: _____
Name: Aziz Hashim


By: _____
Name: Susan Beth


By: _____
Name: Shawn Lederman


By: _____
Name: Craig A. Barbarosh


*SIGNATURE PAGE TO CONSENT OF*
*THE BOARD OF DIRECTORS OF RUBY TUESDAY, INC.*

IN WITNESS WHEREOF, the undersigned has duly executed this Consent as of
_____September 16_____, 2020.

DIRECTORS:

By: _____
Name: Aziz Hashim

By: _____
Name: Susan Beth

By: _____
Name: Shawn Lederman

By: _____
Name: Craig A. Barbarosh

*SIGNATURE PAGE TO CONSENT OF*
*THE BOARD OF DIRECTORS OF RUBY TUESDAY, INC.*

IN WITNESS WHEREOF, the undersigned has duly executed this Consent as of
_____September 16_____, 2020.

DIRECTORS:


By: _____
Name: Aziz Hashim


By: _____
Name: Susan Beth


By: _____
Name: Shawn Lederman


By: _____
Name: Craig A. Barbarosh

***SIGNATURE PAGE TO CONSENT OF***
***THE BOARD OF DIRECTORS OF RUBY TUESDAY, INC.***

**Fill in this information to identify the case:**

Debtor name  RTI Holding Company, LLC, *et al.*

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (If known):  20- _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)   12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | National Retail Properties, LP 450 S. Orange Ave. Ste. 900 Orlando, FL 32801 | Josh Lewis Tel:  407-650-3695 Email:  josh.lewis@nnnreit.com | Rent | Unliquidated | | | $11,581,000.00 |
| 2 | ZionsBancorporation, N.A. dba California Bank & Trust 2399 Gateway Oaks Dr., Ste. 110 Sacramento, CA 95833 | Ronald Won Email: Ronald.won@calbt.com | PPP Loan | Contingent | | | $10,000,000.00 |
| 3 | Quadre Investments L.P. c/o Tyler Dillard Andersen, Tate & Carr, P.C. 1960 Satellite Blvd. Ste. 4000 Duluth, GA 30097 | Tyler Dillard Andersen, Tate & Carr P.C. Tel:  678-518-6850 Email:  tdillard@atclawfirm.com | Litigation Claimant; damages arising from purchase/sale of security  Subject to subordination pursuant to Bankruptcy Code § 510 | Unliquidated Disputed | | | $8,400,000.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 | Times Square Tower Associates LLC c/o Boston Properties, Inc. 599 Lexington Ave. Ste. 1800 New York, NY 10022 | Robert E. Selsam, SVP Email: akaplan@bostonproperties.com | Rent | Unliquidated | | | $4,333,768.00 |
| 5 | Marguerite Duffy* [Address Redacted] | Email: margueriteduffy@comcast.net | Pensioner: Executive Nonqualified "Top Hat" Plan Benefit Claim | Contingent | | | $3,436,466.00 |
| 6 | Robert LeBoeuf* [Address Redacted] | Email: paddleboeuf@gmail.com | Pensioner: Executive Nonqualified "Top Hat" Plan Benefit Claim | Contingent | | | $3,273,564.00 |
| 7 | Interstate Augusta Properties LLC c/o S.R. Weiner & Associates, Inc. 33 Boylston St. Chestnut Hill, MA 02467 | Cheryl Rondeau Tel: 617-232-8900 | Rent | Unliquidated | | | $2,896,885.00 |
| 8 | Kimberly Grant* [Address Redacted] | Email: ksgrant14@gmail.com | Pensioner: Executive Nonqualified "Top Hat" Plan Benefit Claim; | Contingent | | | $2,655,842.00 |
| 9 | Robert McClenagan Jr.* [Address Redacted] | Email: robertmcclenagan1976@gmail.com | Pensioner: Executive Nonqualified "Top Hat" Plan Benefit Claim; Management Nonqualified "Top Hat" Plan Benefit Claim | Contingent | | | $2,511,769.00 |
| 10 | Bennett Partners, LLLP 4301 Post Road Cumming, GA 30040 | Michael Bennett Tel: 404-771-5454 Email: mbmcpa1@comcast.net | Rent | Unliquidated | | | $2,436,544.00 |
| 11 | P&M Investment Company, LLC 2 Buckland Abbey Nashville, TN 37215 | Peter Park Email: wcpark@comcast.net | Rent | Unliquidated | | | $2,353,392.00 |
| 12 | Wendover ZS LLC 130 Breezy Pent Dr. Yorktown, VA 23692 | Hassan A. Hassan Email: Hahassan35@gmail.com | Rent | Unliquidated | | | $2,324,542.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 | Burnett Family Trust Dated 03-07-2005 501 E. Avenida San Juan San Clemente, CA 92672 | Barry Burnett Email:  barry@barryburnett.net | Rent | Unliquidated | | | $2,322,392.00 |
| 14 | Holyoke Mall Company, LP Attn:  Management Division The Clinton Exchange Four Clinton Square, Syracuse, NY 13202-1078 | Gail Hamilton Email:  gailhamilton@pyramidmg.com | Rent | Unliquidated | | | $2,219,695.00 |
| 15 | Nicolas Ibrahim* **[Address Redacted]** | Tel:  301-299-1816 | Pensioner: Executive Nonqualified "Top Hat" Plan Benefit Claim | Contingent | | | $2,140,828.00 |
| 16 | Mesa Clemmons, LLC 5414 Merriam St. Bethesda, MD 20814 | Adrienne Hedman Email:  hedmanmarcia@gmail.com Email:  ashedmanid@gmail.com | Rent | Unliquidated | | | $2,131,041.00 |
| 17 | Avenues Mall, LLC c/o MS Management 225 West Washington St. Indianapolis, IN 46204-3438 | Ken Baren Email:  klavy@simon.com Email:  Ken.baren@simon.com | Rent | Unliquidated | | | $2,084,014.00 |
| 18 | Myra C. Clark P.O. Box 1184 Seymour, TN 37865 | Tel:  865-591-9581 [ Email:  ke4tto@aol.com | Rent | Unliquidated | | | $2,042,248.00 |
| 19 | Parkway Lodging Realty, LLC 399 Monmouth St. East Windsor, NJ 08520 | Wilentz Goldman & Spitzer PA Illiard C Shih, Esq. – Tel: 732-855-6016 | Rent | Unliquidated | | | $2,032,366.00 |
| 20 | Allen Kushynski, Trustee of the Kushynski Family Trust 4835 Mary Ellen Ave. Sherman Oaks, CA 91423 | Tel:  818-731-7286 | Rent | Unliquidated | | | $2,028,887.00 |
| 21 | CGI 3 LP (fka  RT Beaufort, LLC) 11302 Seda Pl. San Diego, CA 92124 | James Wachtler Tel: 619-723-4332 Email:  mhaller1@san.rr.com | Rent | Unliquidated | | | $1,977,877.00 |
| 22 | French Associates I, LLC One American Square, Ste. 1800 Indianapolis, IN 46282-0008 | Bill French Email:  bill.french@cushwake.com | Rent | Unliquidated | | | $1,953,454.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 23  Grand IX Ventures, LLC 1078 Riverbend Dr. Advance, NC 27006 | Tel:  336-408-9631 Email:  DVL545@yahoo.com | Rent | Unliquidated | | | $1,953,454.00 |
| 24  The Nicholson Trust Agreement dated October 1, 1990 26914 Avenue 140 Porterville, CA 93257 | David V. Liner Tel:  569-333-0611 Email:  dnicholson@ocsnet.net Email:  kevin@centralcacommercial.com | Rent | Unliquidated | | | $1,953,454.00 |
| 25  Affinity9 Realty, LLC 6618 Weston Circle East Dublin, OH 43016 | Tel:  614-804-3329 | Rent | Unliquidated | | | $1,917,237.00 |
| 26  Sycamore Springs LLC 4833 Green Valley Dr. High Ridge, MO 63049 | Tony Stieren Email:  tstieren@aol.com | Rent | Unliquidated | | | $1,872,386.00 |
| 27  Vestar-CPT Tempe Marketplace LLC 2425 East Camelback Rd. Ste. 750 Phoenix, AZ 85016 | Angela Manca Tel:  480-966-9338 | Rent | Unliquidated | | | $1,856,095.00 |
| 28  TAU South LLC (fka CNL Funding 2000-A, L) c/o Realty Income Corp Bldg. ID 3960 11995 El Camino Real San Diego, CA 92130 | Email:  notices@realtyincome.com | Rent | Unliquidated | | | $1,790,952.00 |
| 29  Crossgates Mall Company Newco LLC c/o The Clinton Exchange 4 Clinton Square Syracuse, NY 13202 | Email:  crossgatesmallla@pyramidrng.com | Rent | Unliquidated | | | $1,780,360.00 |
| 30  Hamilton Mall Realty LLC c/o Namco Realty LLC 150 Great Neck Rd. Ste. 304 Great Neck, NY 11021 | Tel:  609-646-6392 Email:  judy@shophamilton.com | Rent | Unliquidated | | | $1,721,542.00 |
| 31  Oakdale Mall II LLC c/o Spinoso Real Estaste Group, LLC 112 Northern Concourse North Syracuse, NY 13212 | Email:  oakdaleleaseadmin@spinosoreg.com | Rent | Unliquidated | | | $1,718,218.00 |
| 32  Papazian Sherman Way LLC Attn:  Herbert Papazian 20001 Halstead St. Chatsworth, CA 91311 | Herbert Papazian Email:  wcplatts@att.net | Rent | Unliquidated | | | $1,704,833.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 33 Lanham LLLP C/O NAI The Michael Companies Inc. 10100 Business Pkwy Lanham, MD 20706 | Tel: 301-459-4400 | Rent | Unliquidated | | | $1,699,136.00 |
| 34 HaiYang, Inc. 1526 Sandybrook Ln. Wake Forest, NC 27587 | Maggie Quan mquan@trademarkproperties.com | Rent | Unliquidated | | | $1,679,157.00 |
| 35 RT Orlando Investment, LLC 1665 Washington Ave. 4th Flr. Miami Beach, FL 33139 | Tel: 626-286-7269 Email: mar282@yahoo.com | Rent | Unliquidated | | | $1,672,778.00 |
| 36 PMP Properties 3526 S. Tamarack St. Visalia, CA 93277 | Email: sueann1226@aol.com | Rent | Unliquidated | | | $1,651,557.00 |
| 37 RPAI Worcester Lincoln Plaza LLC Attn: President, Eastern Division 2021 Spring Rd. Ste. 200 Oak Brook, IL 60523 | Tel: 860-761-2465 | Rent | Unliquidated | | | $1,641,528.00 |
| 38 PBM Cape Coral RT, LLC 257 Crabapple Rd. Manhasset, NY 11030 | Tel: 917-817-1875 | Rent | Unliquidated | | | $1,621,560.00 |
| 39 AHGIE, LLC Attn: Han Oh, Manager 3050 Patuxent Overlook Ct. Ellicott City, MD 21042 | Han Oh Email: hanoh_md@hotmail.com | Rent | Unliquidated | | | $1,620,293.00 |
| 40 Paul & Heinrich Aberle 4589 Regalo Bello St. Las Vegas, NV 89135 | Tel: 702-247-4353 | Rent | Unliquidated | | | $1,598,281.00 |
| 41 Northeast Properties, LLC P.O. Box 1685 Jacksonville, NC 28541 | John P. Marshall, Esq. White & Allen, P.A. Tel: 252-527-8000 Email: jmarshall@whiteandallen.com | Rent | Unliquidated | | | $1,598,281.00 |
| 42 Amnon Shreibman P.O. Box 177 519 Mable Mason Cove Lavergne, TN 37086 | Tel: 615-465-6019 Email: david@thompsonburton.com | Rent | Unliquidated | | | $1,598,281.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 43 The Marshall Family Trust dated February 14, 2000 5724 E. Crest De Ville Ave. Orange, CA 92856 | Tel: 714-637-3322 | Rent | Unliquidated | | | $1,598,281.00 |
| 44 Lusavi Pagosa, LLC Attn: Matthew Mousavi 610 Newport Center Dr. Ste. 1500 Newport Beach, CA 92660 | Email: Matthew.mousavi@srsre.com | Rent | Unliquidated | | | $1,598,281.00 |
| 45 Macerich Deptford LLC Attn: Legal Dept. 401 Wilshire Blvd. Ste. 700 Santa Monica, CA 90401 | Tel: 310-394-6000 | Rent | Unliquidated | | | $1,567,843.00 |
| 46 Buffalo-Bloomfield Assoc, LLC Attn: Legal Dept. 7978 Cooper Creek Blvd. Ste. 100 University Park, FL 34201 | Tel: 716-886-0211 | Rent | Unliquidated | | | $1,562,364.00 |
| 47 J Artson, LLC 401 Chathan Square Office Park Fredericksburg, VA 22405 | Tel: 540-371-8976, Ext. 12 | Rent | Unliquidated | | | $1,539,873.00 |
| 48 Denny L. Kagasoff Revocable Trust 4150 Chestnut Ave. Long Beach, CA 90807 | Tel: 310-428-8686 Email: denny@dennykagasoff.com | Rent | Unliquidated | | | $1,435,816.00 |
| 49 DATO Food Group RT, LLC Attn: Daniel Pascale P.O. Box 129 Willow Springs, IL 60480 | Daniel Pascale Email: danielpascale69@msn.com | Rent | Unliquidated | | | $1,420,697.00 |
| 50 South Riding Owner, LLC P.O. Box 310300 Property 262810 Des Moines, IA 50331 | Email: kgomes@rappaportco.com | Rent | Unliquidated | | | $1,399,175.00 |

*Personal addresses of individual pension claimants have been redacted

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RUBY TUESDAY, INC., | Case No. 20-_____ (____) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐None [*check if applicable*]

Name:      RTI Holding Company, LLC
Address:   4170 Ashford Dunwoody Road, Suite 390
           Atlanta, GA 30319

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RUBY TUESDAY, INC., | Case No. 20-_____ (____) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Name and Last Known Address or Place of Business of Holder | Security Class | Percentage |
|---|---|---|
| RTI Holding Company, LLC 4170 Ashford Dunwoody Road, Suite 390 Atlanta, GA 30319 | Common | 100% |

DOCS_LA:331657.1

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RUBY TUESDAY, INC., | Case No. 20-_____ (___) |
| Debtor. | |

## CERTIFICATION OF CREDITOR MATRIX

        Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors.  To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

        The information contained herein is based upon a review of the Debtors' books and records as of the petition date.  However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

**Fill in this information to identify the case:**

Debtor name    **Ruby Tuesday, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

|  | Declaration and signature |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    List of Equity Security Holders, Corporate Ownership Statement, and Certification of Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 7, 2020    X _____

_____
Signature of individual signing on behalf of debtor

**Shawn Lederman**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy